|    |    |    |
|---|---|---|
| 1  |  |  |
| 2  |  |  |
| 3  |  |  |
| 4  |  |  |
| 5  |  |  |
| 6  |  |  |
| 7  |  |  |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| RALPH R. KING,                                  | CASE NO. 07cv1119-L (POR)                                                  |
|---|---|
|                              Plaintiff,         | **ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS***        |
|     vs.                                         |                                                                            |
| MICHAEL J. ASTRUE, Commissioner of Social Security |                                                                         |
|                              Defendant.         |                                                                            |

Plaintiff Ralph R. King filed a complaint seeking the reversal or remand of Defendant's decision to deny benefits pursuant to the Social Security Act. Concurrently he filed a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion"). For the reasons which follow, Plaintiff's IFP Motion is **DENIED**.

All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's declaration shows he has a monthly income of $1,350. It appears Plaintiff has sufficient income to pay the $350 filing fee.

/ / / / /

1  Plaintiff's IFP Motion is therefore **DENIED**, and the complaint is **DISMISSED**
2  without prejudice.  Pursuant to this order, Plaintiff is granted 60 days' leave to pay the
3  filing fee required to maintain this action pursuant to 28 U.S.C. § 1914, or submit
4  additional documentation regarding his financial status.  **IF PLAINTIFF CHOOSES TO**
5  **FILE ADDITIONAL INFORMATION REGARDING HIS POVERTY, HE MUST**
6  **ATTACH A COPY OF THIS ORDER.**
7  **IT IS SO ORDERED**.

9  DATED:  June 22, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. LOUISA S. PORTER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL